# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 3:19-CR-01145-JLS |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | ORDER GRANTING MS. TYLER UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| Kayriesha Ophelia Tyler, | |
| Defendant. | |

Pursuant to unopposed motion and good cause appearing, IT IS HEREBY ORDERED that the supervised release of Kayriesha Ophelia Tyler is terminated effective on the date of this Order.

**IT IS SO ORDERED.**

Dated: March 29, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge